## 21230. MAPP *v.* THE STATE.

BLOODWORTH, J. 1. The judge did not err in refusing to give the charge orally requested, or in his remarks denying the request.

2. The evidence supports the verdict, and a new trial was properly refused.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 14, 1931.

*Carlisle Cobb,* for plaintiff in error.
*Rupert A. Brown, solicitor,* contra.

## 21231. WADE *v.* THE STATE.

BROYLES, C. J. 1. The requested charge was sufficiently covered by the charge given by the court.

2. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 14, 1931.

*Carlisle Cobb,* for plaintiff in error.
*Henry H. West, solicitor-general,* contra.